dedenboerind

LEONARDO M. RAPADAS
United States Attorney
JOSEPH TOCK
Special Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
JUL 2 0 2005
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
# FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> DAVID EVAN DEN BOER, <br><br> Defendant. | CRIMINAL CASE NO. 05-00057 <br><br> **INDICTMENT** <br><br> **FALSE STATEMENT** <br> [18 U.S.C. § 1001(a)(3)] <br><br> **THEFT OF GOVERNMENT PROPERTY (Misdemeanor)** <br> [18 U.S.C. § 641] <br><br> **ENTRY BY FALSE PRETENSES TO ANY AIRCRAFT OF THE UNITED STATES (Misdemeanor)** <br> [18 U.S.C. § 1036] |

THE GRAND JURY CHARGES:

## COUNT 1

## FALSE STATEMENT

On or about and between June 27, 2005 and June 30, 2005, in the District of Guam, the defendant, DAVID EVAN DEN BOER, knowingly and willfully made a false document knowing the same to contain a false material entry, in that the defendant completed a

-1-

ORIGINAL

NAVCOMPT Form 3065 containing a false Leave Control Number; a false Reviewing Officer's Name and Signature; and a False Authorizing Officer's Signature, which the Leave Control Number was completely fictitious, that there was no bona fide Reviewing Officer and that there was no bona fide Authorizing Officer, these entries the defendant knew were not true, in violation of 18 United States Code, Section 1001(a)(3).

## COUNT 2
### THEFT OF GOVERNMENT PROPERTY

On or about and between June 30, 2005 and July 5, 2005, in the District of Guam, the defendant, DAVID EVAN DEN BOER, knowingly and willfully did steal and purloin a military (AMC) aircraft flight, of the value of less than $1,000.00, of the goods and property of the United States, all in violation of 18 U.S.C. 641.

## COUNT 3
### ENTRY BY FALSE PRETENSES TO ANY AIRCRAFT OF THE UNITED STATES

On or about 5 July 2005, in the District of Guam, the defendant, DAVID EVAN DEN BOER, knowingly and willfully entered, by false pretenses, an aircraft belonging in whole

\\
\\
\\
\\
\\
\\
\\

-2-

Case 1:05-cr-00057    Document 1    Filed 07/20/2005    Page 2 of 3

or in part to, or leased by, the United States, more specifically, the United States Air Force, in violation of 18 United States Code, Section 1036(a)(2).

Dated this 20th day of July 2005.

A TRUE BILL.

_____
Foreperson

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the NMI

By: _____
JOSEPH TOCK
Special Assistant United States Attorney

Approved:

_____
RUSSELL C. STODDARD
First Assistant U.S. Attorney

-3-