Marshal ✓

# UNITED STATES DISTRICT COURT

U.S. MARSHALS-GUAM
RECEIVED

20 JUL 2005 14 00 01

DISTRICT OF **GUAM**

UNITED STATES OF AMERICA
V.

**DAVID EVAN DEN BOER**

(Name and Address of Defendant)

## SUMMONS IN A CRIMINAL CASE

Case Number:  CR-05-000

**FILED**
DISTRICT COURT OF GUAM

JUL 2 0 2005

MARY L.M. MORAN
CLERK OF COURT

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| **District Court of Guam**<br>**4th Floor, U.S. Courthouse**<br>**520 West Soledad Avenue, Hagatna, Guam**<br>Before:  **HONORABLE FRANCES TYDINGCO-GATEWOOD** | **413** |
| | Date and Time<br>**Tuesday, July 26, 2005 at 10:00 a.m.** |

To answer a(n)

**X** Indictment  ☐ Information  ☐ Complaint  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice

Charging you with a violation of Title _____ United States Code, Section(s) _____

Brief description of offense:

**18 U.S.C. § 1001(a)(3) - FALSE STATEMENT  (COUNT 1)**

**18 U.S.C. § 641 - THEFT OF GOVERNMENT PROPERTY (Misdemeanor)  (COUNT 2)**

**18 U.S.C. § 1036 - ENTRY BY FALSE PRETENSES TO ANY AIRCRAFT OF THE UNITED STATES**
           **(Misdemeanor)  (COUNT 3)**

**VIRGINIA T. KILGORE, Deputy Clerk**
Name and Title of Issuing Officer

Signature of Issuing Officer

**July 20, 2005**
Date

AO83 (Rev. 10/03) Summons in a Criminal Case

## RETURN OF SERVICE

| | Date |
|---|---|
| Service was made by me on:[1] | |

### Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant at: Department of Corrections Hagatna, Guam

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on    07/20/05
           Date

J. L. G. Salas
Name of United States Marshal

sp/Dusm
(by) Deputy United States Marshal

Remarks:

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.