AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

## DISTRICT OF GUAM

**FILED**
**DISTRICT COURT OF GUAM**
**JUL 26 2005**
**MARY L.M. MORAN**
**CLERK OF COURT**

United States of America

V.

**DAVID EVAN DEN BOER**

NOTICE

CASE NUMBER: CR-05-00057

| TYPE OF CASE: | ☐ CIVIL | X CRIMINAL |
|---|---|---|

☐ TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
|  | DATE AND TIME |

TYPE OF PROCEEDING

**INITIAL APPEARANCE RE INDICTMENT / ARRAIGNMENT**

X TAKE NOTICE that a proceeding in this case has been rescheduled as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | RESCHEDULED TO DATE AND TIME |
|---|---|---|
| District Court of Guam 4th Floor, U.S. Courthouse 520 West Soledad Avenue Room 413 | Tuesday, July 26, 2005 at 10:00 a.m. | Wednesday, July 27, 2005 at 1:30 p.m. |

**MARY L. M. MORAN, CLERK OF COURT**
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

*[signature]*
(BY) DEPUTY CLERK

**July 26, 2005**
DATE

TO: U.S. Attorney's Office
Federal Public Defender
U.S. Probation Office
U.S. Marshal Service