# IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

### CRIMINAL MINUTES

**CASE NO.** CR-05-00057  **DATE:** 07/27/2005  **TIME:** 1:39:13 - 1:47:40

**HON.** FRANCES M. TYDINGCO-GATEWOOD, DESIGNATED JUDGE  
**Law Clerk:** KIM WALMSLEY  
**Official Court Reporter:** WANDA MILES  
**Courtroom Deputy:** Leilani Toves Hernandez  
**Court Recorder:** N/A  
**CSO:** F. TENORIO

************************ APPEARANCES ****************************

**DEFT:** DAVID EVAN DEN BOER  **ATTY:** KIM SAVO  
(✓) PRESENT  (✓) CUSTODY  ( ) BOND  ( ) P.R.   (✓) PRESENT  ( ) RETAINED  (✓) FPD  ( ) CJA APPOINTED

**U.S. ATTORNEY:** JOSEPH TOCK  **AGENT:**

**U.S. PROBATION:** CARMEN O'MALLAN  **U.S. MARSHAL:** S. LUJAN

**INTERPRETER:**  **LANGUAGE:**

**PROCEEDINGS:** INITIAL APPEARANCE RE INDICTMENT / ARRAIGNMENT

( ) FINANCIAL AFFIDAVIT REVIEWED AND ACCEPTED

FEDERAL PUBLIC DEFENDER  APPOINTED TO REPRESENT THE DEFENDANT

(✓) DEFENDANT SWORN AND EXAMINED

**AGE:** 24  **SCHOOL COMPLETED:** Working on his 2nd Master's Degree

(✓) DEFENDANT ARRAIGNED AND ADVISED OF THEIR RIGHTS, CHARGES AND PENALTIES

(✓) COURT QUESTIONS DEFENDANT(S) REGARDING THEIR PHYSICAL AND MENTAL CONDITION

( ) DEFENDANT WAIVES READING OF ( ) COMPLAINT ( ) INFORMATION ( ) INDICTMENT

**PRELIMINARY EXAMINATION SET FOR:**  
**ARRAIGNMENT SET FOR:**  
**TRIAL SET FOR:** September 27, 2005 at 9:30 a.m.  
**PROCEEDINGS CONTINUED TO:**

( ) DEFENDANT TO BE RELEASED ON BOND (see release conditions on page 2)

(✓) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL SERVICE FOR
        ( ) PROCESSING   (✓) DETENTION

**NOTES:**

The Federal Public Defender's Office was appointed to represent the defendant. The Court read the charges contained in the Indictment. Defendant entered a plea of Not Guilty. Trial Order executed.

Government recommended detention. Defense did not contest. Accordingly, the Court remanded the defendant to the custody of the U.S. Marshal Service.