JOHN T. GORMAN
Federal Public Defender
KIM SAVO
Assistant Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111
Facsimile: (671) 472-7120

Attorney for Defendant
DAVID EVAN DEN BOER

**FILED**
DISTRICT COURT OF GUAM
SEP 16 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 05-00057 |
| Plaintiff, ) | |
| vs. ) | **ORDER** RE: STIPULATION TO |
| ) | CONTINUE TRIAL DATE |
| DAVID EVAN DEN BOER, ) | |
| Defendant. ) | |

ORDER

The Stipulation filed on September 12, 2005 is Hereby Approved and So Ordered. The period commencing September 20, 2005 through October 31, 2005, inclusive, shall be excluded pursuant to 18 U.S.C. § 3161(h)(8)(A). Trial shall commence on October 31, 2005 at 9:00 a.m. Pretrial motions shall be filed by October 7, 2005.

DATED: Hagatna, Guam, 9/16/2005.

HON. JOAQUIN V.E. MANIBUSAN, JR.
United States Magistrate Judge
District Court of Guam

ORIGINAL