LEONARDO M. RAPADAS
United States Attorney
JOSEPH TOCK
Special Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM
OCT 25 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 05-00057 |
| Plaintiff, | ) | |
| | ) | **ORDER TO DISMISS** |
| vs. | ) | **INDICTMENT** |
| DAVID EVAN DEN BOER, | ) | |
| Defendant. | ) | |

The government's motion to dismiss the indictment (lodged under seal) having come before this Honorable Court and the Court finding good cause for the issuance of the order:

IT IS SO ORDERED that the indictment is hereby dismissed and that the Motion lodged under seal be returned to the government upon the conclusion of the case.

DATED this 25 day of October 2005.

WILLIAM ALSUP*
District Court of Guam

---

*The Honorable William Alsup, United States District Judge for Northern District of California, by designation.

ORIGINAL