# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| USA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>David Evan Den Boer,<br><br>　　　　　Defendant. | Case No. 1:05-cr-00057<br><br><br>**CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the *Order to Dismiss Indictment filed on October 25, 2005,* on the dates indicated below:

| *U.S. Attorney's Office* | *Federal Public Defender* | *U.S. Probation Office* | *U.S. Marshal Service* |
|---|---|---|---|
| *October 25, 2005* | *October 25, 2005* | *October 26, 2005* | *October 25, 2005* |

I, Virginia T. Kilgore, declare under the penalty of perjury that on the above listed date(s) the:

*Order to Dismiss Indictment filed on October 25, 2005*

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: October 26, 2005　　　　　　　　　　　　/s/ Virginia T. Kilgore
　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk